FILED
NOV 1 5 2022
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-176 |
| v. | INDICTMENT |
| DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, Defendant. | T. 18 U.S.C. § 922(g)(1) <br> T. 18 U.S.C. § 922(k) <br> T. 18 U.S.C. § 922(o) <br> T. 18 U.S.C. § 924(a)(1)(B) <br> T. 18 U.S.C. § 924(a)(2) <br> T. 18 U.S.C. § 924(a)(8) <br> T. 18 U.S.C. § 924(d) <br> T. 26 U.S.C. § 5872 <br> T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

On or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 29, ten-millimeter pistol, with serial number BXDX854. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Illegal Possession of a Machinegun)**

On or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 29, ten-millimeter pistol, with serial number BXDX854, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession of a Firearm with Obliterated Serial Number)**

On or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, knowingly possessed a firearm from which the manufacturer's serial number had been removed, altered, and obliterated, namely: a loaded Glock, model 29, ten-millimeter pistol, with the serial number removed, altered, and obliterated from the frame, with serial number BXDX854 on the slide. The firearm had been shipped and transported in interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 1, 2, and/or 3 of this Indictment, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, firearm parts, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, firearm parts, and ammunition identified in Counts 1, 2, and 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney