Hello Mis. Honorable Judge Stephanie Rose. My Name is Dontavius Sharkey and I need your assistance with a hurdle I have in disputeing my Case. I have every interest in Disputeing matters in my Case but the problems arise with my Discovery! My first issue is there was sum kind of agreement made with my public defender and my prosecutor, that I would not get a copy of my discovery to be able to have on my persons. I would have never agreed to them terms and Conditions! to my knowelge I have somebody repersenting Me but not takeing my place to where I'm Left in the dark in my Case. My attorney is a very busy man! and I'm understanding of how busy he is. My attorney does not have time to spend with me over Looking my discovery for hours a day trying to answer all my questions. As right now me and my attorney agreed to push my court date back to July of 2023 so I have time and my attorney have time to over Look my Discovery and come with a Solid plan to dispute my case. So my problem is I have about 5 months till I start piling in motions and I cant overLook my discovery. I'm wasting valueble time! I could be useing my time productivly! So please MIS Stephani Rose. please help me be a productive youngman while I'm faceing these charges.

USA ★ FOREVER

DES MOINES IA 500
7 MAR 2023 PM 3 L

"X-RAYED & CLEARED BY U.S.M.S.

RECEIVED

MAR 0 9 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Dontavius Shankey
Polk County Jail
1985 NE 51st Place
Des Moines, Iowa, 50313

Judge S. Rose
U.S. Courthouse
123 E. Walnut St.
Des Moines, IA 50309

50309-203599

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

81398