FILED
JUN 1 3 2023
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 4:22-cr-176 |
| ) | |
| v. ) | SUPERSEDING INDICTMENT |
| ) | |
| DONTAVIUS RASHAUN SHARKEY, ) | T. 18 U.S.C. § 922(g)(1) |
| also known as, Dontavius Rashawn Sharkey, ) | T. 18 U.S.C. § 922(k) |
| also known as, Dontavius Rashown Sharkey, ) | T. 18 U.S.C. § 922(o) |
| ) | T. 18 U.S.C. § 924(a)(1)(B) |
| Defendant. ) | T. 18 U.S.C. § 924(a)(2) |
| ) | T. 18 U.S.C. § 924(a)(8) |
| ) | T. 18 U.S.C. § 924(d) |
| ) | T. 18 U.S.C. § 932(b)(1) |
| ) | T. 18 U.S.C. § 932(c)(1) |
| ) | T. 18 U.S.C. § 934 |
| ) | T. 26 U.S.C. § 5872 |
| ) | T. 28 U.S.C. § 2461(c) |
| ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm and Ammunition)**

On or about June 18, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a firearm and ammunition, namely, one or more of the following:

1. a loaded Glock, model 26, nine-millimeter pistol, with serial number AEUD879;

2. a loaded Glock, model 26, nine-millimeter pistol, with serial number AEUD880;

3. Eight (8) cartridge cases of Federal nine-millimeter Luger ammunition; and

1

    4. Sixteen (16) cartridge cases of Winchester-Olin nine-millimeter Luger ammunition.

At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
(Straw Purchasing Conspiracy)

On or about July 26, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BWBX921, in or otherwise affecting commerce for, on behalf of, or at the request or demand of DONTAVIUS RASHAUN SHARKEY, knowing or having reasonable cause to believe that DONTAVIUS RASHAUN SHARKEY had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 3**</u>
**(Felon in Possession of a Firearm)**

On or about July 26, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BWBX921. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>
(Straw Purchasing Conspiracy)

On or about August 3, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 45 Gen 5, nine-millimeter pistol, with serial number BUVR572; and a Glock, model 45, nine-millimeter pistol, with serial number BWVM330, in or otherwise affecting commerce for, on behalf of, or at the request or demand of DONTAVIUS RASHAUN SHARKEY, knowing or having reasonable cause to believe that DONTAVIUS RASHAUN SHARKEY had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
### (Straw Purchasing Conspiracy)

On or about August 15, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 29 Gen 4, ten-millimeter pistol, with serial number BXDX854, in or otherwise affecting commerce for, on behalf of, or at the request or demand of DONTAVIUS RASHAUN SHARKEY, knowing or having reasonable cause to believe that DONTAVIUS RASHAUN SHARKEY had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Felon in Possession of a Firearm)**

From on or about August 15, 2022, to on or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Glock, model 29, ten-millimeter pistol, with serial number BXDX854. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Illegal Possession of a Machinegun)**

On or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, in and affecting commerce, knowingly possessed a machinegun, namely: an automatic selector switch, affixed to a loaded Glock, model 29, ten-millimeter pistol, with serial number BXDX854, when recovered.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## COUNT 8
### (Possession of a Firearm with Obliterated Serial Number)

On or about November 2, 2022, in the Southern District of Iowa, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, knowingly possessed a firearm from which the manufacturer's serial number had been removed, altered, and obliterated, namely: a loaded Glock, model 29, ten-millimeter pistol, with the serial number removed, altered, and obliterated from the frame, with serial number BXDX854 on the slide. The firearm had been shipped and transported in interstate and foreign commerce.

This is a violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Counts 1, 2, 3, 6, 7, and/or 8 of this Indictment, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms, magazines, firearm parts, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms, firearm parts, and ammunition identified in Counts 1, 2, 3, 6, 7 and 8 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Counts 2, 4, and/or 5 of this Indictment, the defendant, DONTAVIUS RASHAUN SHARKEY, also known as, Dontavius Rashawn Sharkey, also known as, Dontavius Rashown Sharkey, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms and ammunition identified in Counts 2, 4, and/or 5 of this Indictment.

This is pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _KMHerrera_____
Kristin M. Herrera
Assistant United States Attorney