## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count One)** |
| Defendant. | * | |

### COUNT ONE
*Possessing a Firearm and/or Ammunition as Felon – June 18, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY *not guilty*
<span style="display:block; text-align:center">not guilty/guilty</span>

of Possessing a Firearm and/or Ammunition as Felon, as charged in Count One of the

Indictment.

_____        *D.5.2023*_____
FOREPERSON                     DATE

If you found the Defendant <u>guilty</u> of Count One, complete the Special Interrogatory, as directed, on the next page.

If you found the Defendant <u>not guilty</u> of Count One, do not complete the Special Interrogatory and go on to consider the remaining counts.

(Continued on Next Page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | **(Count One – Special Interrogatory One)** |
| | * | |
| Defendant. | * | |

If you found the Defendant <u>guilty</u> of Count One, please place an "X" before the one or more firearms or rounds of ammunition the jury unanimously found the Defendant unlawfully possessed on or about June 18, 2022:

_____   A loaded Glock, model 26, nine-millimeter pistol, with serial number AEUD879

_____   A loaded Glock, model 26, nine-millimeter pistol, with serial number AEUD880

_____   Eight cartridge cases of Federal nine-millimeter Luger ammunition

_____   Sixteen cartridge cases of Winchester-Olin nine-millimeter Luger ammunition

_____        _____
FOREPERSON                                              DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count One

_____          _____
JUROR                                     JUROR

_____          _____
JUROR                                     JUROR

_____          _____
JUROR                                     JUROR

_____          _____
JUROR                                     JUROR

_____          _____
JUROR                                     JUROR

_____
JUROR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Two)** |
| Defendant. | * | |

### COUNT TWO
*Conspiring to Straw Purchase Firearms – July 26, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY  _guilty_

<u>not guilty/guilty</u>

of Conspiring to Straw Purchase Firearms, as charged in Count Two of the Indictment.

_____          _10.5.2023_____

FOREPERSON                                            DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Two

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

_____
JUROR

(Continued on Next Page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Three)** |
| Defendant. | * | |

## COUNT THREE
*Possessing a Firearm as Felon – July 26, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY ___*guilty*___

not guilty/guilty

of Possessing a Firearm as Felon, as charged in Count Three of the Indictment.

FOREPERSON ‿                —              *10.5.2023*
                                            DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Three

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

_____ JUROR

(Continued on Next Page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Four)** |
| Defendant. | * | |

## COUNT FOUR
*Conspiring to Straw Purchase Firearms – August 3, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY *not guilty*

<u>not guilty/guilty</u>

of Conspiring to Straw Purchase Firearms, as charged in Count Four of the Indictment.

_____          *10.5.2023*
FOREPERSON                                     DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Four


_____            _____
JUROR                                       JUROR


_____            _____
JUROR                                       JUROR


_____            _____
JUROR                                       JUROR


_____            _____
JUROR                                       JUROR


_____            _____
JUROR                                       JUROR


_____
JUROR

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Five)** |
| Defendant. | * | |

### COUNT FIVE
*Conspiring to Straw Purchase Firearms – August 15, 2022*


We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY *guilty*

not guilty/guilty

of Conspiring to Straw Purchase Firearms, as charged in Count Five of the Indictment.


FOREPERSON ———    10.5.2023
                  DATE


(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Five


JUROR                                           JUROR


JUROR                                           JUROR


JUROR                                           JUROR


JUROR                                           JUROR


JUROR                                           JUROR


JUROR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Six)** |
| Defendant. | * | |

## COUNT SIX
*Possessing a Firearm as Felon – August 15, 2022 to November 2, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY ___guilty___
                                                          not guilty/guilty

of Possessing a Firearm as Felon, as charged in Count Six of the Indictment.

_____          ___10.5.2023_____
FOREPERSON                           DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Six

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

(Continued on Next Page)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Seven)** |
| Defendant. | * | |

**COUNT SEVEN**

*Illegal Possession of a Machinegun – November 2, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY ___*guilty*___

not guilty/guilty

of Illegal Possession of a Machinegun, as charged in Count Seven of the Indictment.

5
10.8.2023

FOREPERSON                          DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Seven

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

(Continued on Next Page)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | Case No. 4:22-cr-176 |
| | * | |
| v. | * | **VERDICT FORM** |
| | * | |
| DONTAVIUS RASHAUN SHARKEY, | * | |
| | * | **(Count Eight)** |
| Defendant. | * | |

## COUNT EIGHT

*Possession of a Firearm with an Obliterated Serial Number – November 2, 2022*

We, the jury, find the Defendant, DONTAVIUS RASHAUN SHARKEY _guilty_

<u>not guilty/guilty</u>

of Possession of a Firearm with an Obliterated Serial Number, as charged in Count Eight of

the Indictment.

_____     10.5.2023
FOREPERSON                  DATE

(Continued on Next Page)

*United States v. Dontavius Rashaun Sharkey*
Verdict Form - Count Eight

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR

JUROR