# EXHIBIT LIST

**Criminal No.**   **4:22-cr-00176-SMR-HCA-1**

**Case Title:**   **USA v. Sharkey**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# PLAINTIFF'S EXHIBITS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| 1 | Glock, model 26, nine-millimeter pistol, with serial number AEUD879 | X | X | | X | | | | 10/2/2023 |
| 2A | Glock, model 26, nine-millimeter pistol, with serial number AEUD880, wide view | X | X | | X | | | | 10/2/2023 |
| 2B | Evidence box, Glock, model 26, nine-millimeter pistol, with serial number AEUD880 | X | X | | X | | | | 10/2/2023 |
| 2C | Slide, Glock model 26 with serial number AEUD880, close up | X | X | | X | | | | 10/2/2023 |
| 2D | Frame and serial number of Glock model 26 with serial number AEUD880, close up | X | X | | X | | | | 10/2/2023 |
| 2E | Brand, model, caliber markings on Glock, model 26, with serial number AEUD880 | X | X | | X | | | | 10/2/2023 |
| 2F | Origin markings, Glock, model 26, with serial number AEUD880, close up | X | X | | X | | | | 10/2/2023 |
| 3 | Eight (8) cartridge cases of Federal nine-millimeter Luger ammunition | X | X | | X | | | | 10/2/2023 |
| 4 | Sixteen (16) cartridge cases of Winchester-Olin nine-millimeter Luger ammunition | X | X | | X | | | | 10/2/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 5 | Glock, model 29, ten-millimeter pistol, with obliterated serial number and attached automatic selector switch | X | X | | X | | | | 10/2/2023 |
| 5A | Magazine from GX5 | X | X | | X | | | | 10/2/2023 |
| 5B | 15 roundS of 10mm ammunition from GX5A | X | X | | X | | | | 10/2/2023 |
| 5C | 1 round of 10mm ammunition from chamber of GX5 | X | X | | X | | | | 10/2/2023 |
| 6 | [intentionally left blank] | | | | | | | | |
| 7 | Cell phone assigned call number (515) 393-8447 | X | X | | X | | | | 10/2/2023 |
| 7A | Iowa Driver's License for Sharkey found in case to GX7 | X | X | | X | | | | 10/2/2023 |
| 8 | Adidas fanny pack found on TV stand in Sharkey's bedroom | X | X | | X | | | | 10/2/2023 |
| 9 | Magazines found in GX8 | X | X | | X | | | | 10/2/2023 |
| 9A | 45 rounds of 10mm ammunition found in GX9 | X | X | | X | | | | 10/2/2023 |
| 10 | Glock, model 29 Gen 4, ten-millimeter pistol, with BWBX921 on slide, and obliterated serial number on frame | X | X | | X | | | | 10/2/2023 |
| | | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | *Surveillance video* | | | | | | | | |
| 100 | **Four Seasons Apartment Complex surveillance video from June 18, 2022 – Clubhouse Camera facing northwest** | X | X | | X | | | | 10/03/2023 |
| 100A | **Still frame from GX100, :03 mark** | X | X | | X | | | | 10/03/2023 |
| 100B | **Still frame from GX100, 18:49:51, 3:29** | X | X | | X | | | | 10/03/2023 |
| 100C | **Still frame from GX100, 18:49:53, 3:31** | X | X | | X | | | | 10/03/2023 |
| 100D | **Still frame from GX100, 18:49:54, 3:32** | X | X | | X | | | | 10/03/2023 |
| 100E | **Still frame from GX100, 18:49:55, 3:33** | X | X | | X | | | | 10/03/2023 |
| 100F | **Still frame from GX100, 18:49:55, 3:33** | X | X | | X | | | | 10/03/2023 |
| 100G | **Still frame from GX100, 18:49:55, 3:34** | X | X | | X | | | | 10/03/2023 |
| 100H | **Still frame from GX100, 18:49:56, 3:34** | X | X | | X | | | | 10/03/2023 |
| 100I | **Still frame from GX100, 18:49:56, 3:34** | X | X | | X | | | | 10/03/2023 |
| 100J | **Still frame from GX100, 18:49:56, 3:35** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **100K** | **Still frame from GX100, 18:49:57, 3:35** | X | X | | X | | | | 10/03/2023 |
| **100L** | **Still frame from GX100, 18:49:58, 3:36** | X | X | | X | | | | 10/03/2023 |
| **100M** | **Still frame from GX100, 18:50:02, 3:40** | X | X | | X | | | | 10/03/2023 |
| **100N** | **Still frame from GX100, 18:50:07, 3:45** | X | X | | X | | | | 10/03/2023 |
| **100O** | **Still frame from GX100, 18:50:10, 3:48** | X | X | | X | | | | 10/03/2023 |
| **100P** | **Still frame from GX100, 18:50:17, 3:55** | X | X | | X | | | | 10/03/2023 |
| **100Q** | **Still frame from GX100, 18:50:28, 4:06** | X | X | | X | | | | 10/03/2023 |
| **100R** | **Still frame from GX100, 18:49:58, 3:36** | X | X | | X | | | | 10/03/2023 |
| **101** | **Four Seasons Apartment Complex surveillance video from June 18, 2022 – Clubhouse Camera facing northeast** | X | X | | X | | | | 10/03/2023 |
| **101A** | **Still frame from GX101, 18:49:52, 00:00** | X | X | | X | | | | 10/03/2023 |
| **101B** | **Still frame from GX101, 18:49:59, :07** | X | X | | X | | | | 10/03/2023 |
| **101C** | **Still frame from GX101, 18:50:00, :07** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **101D** | **Still frame from GX101, 18:50:02, :09** | X | X | | X | | | | 10/03/2023 |
| **101E** | **Still frame from GX101, 18:50:05, :12** | X | X | | X | | | | 10/03/2023 |
| **101F** | **Still frame from GX101, 18:50:08, :15** | X | X | | X | | | | 10/03/2023 |
| **101G** | **Still frame from GX101, 18:50:14, :20** | X | X | | X | | | | 10/03/2023 |
| **101H** | **Still frame from GX101, 18:50:27, :34** | X | X | | X | | | | 10/03/2023 |
| **102** | **Four Seasons Apartment Complex surveillance video from June 18, 2022 – Nest Camera facing south** | X | X | | X | | | | 10/03/2023 |
| **102A** | **Still frame from GX102, 6:44:44 PM, :09** | X | X | | X | | | | 10/03/2023 |
| **102B** | **Still frame from GX102, 6:49:42 PM, 5:16** | X | X | | X | | | | 10/03/2023 |
| **102C** | **Still frame from GX103, 6:49:46 PM, 5:30** | X | X | | X | | | | 10/03/2023 |
| **102D** | **Still frame from GX103, 6:49:57 PM, 5:30** | X | X | | X | | | | 10/03/2023 |
| **102E** | **Still frame from GX103, 6:49:58 PM, 5:33** | X | X | | X | | | | 10/03/2023 |
| **102F** | **Still frame from GX103, 6:49:59 PM, 5:34** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **102G** | **Still frame from GX103, 6:50:02 PM, 5:37** | X | X | | X | | | | 10/03/2023 |
| **102H** | **Still frame from GX103, 6:50:08 PM, 5:43** | X | X | | X | | | | 10/03/2023 |
| **103** | **Callanan Middle School surveillance video from June 18, 2022 – CL Ext SW Van Meter camera** | | | | | | | | |
| **104** | **Callanan Middle School surveillance video from June 18, 2022 – VM Ext N Main Entry 4 camera** | | | | | | | | |
| **105** | **Callanan Middle School surveillance video from June 18, 2022 – VM Ext N Main Entry 3 camera** | | | | | | | | |
| **106** | **Callanan Middle School surveillance video from June 18, 2022 – SM Ext West Wing camera** | | | | | | | | |
| **107** | **Four Seasons Apartment Complex and Callanan Middle School surveillance videos from June 18, 2022, spliced** | X | X | | X | | | | 10/03/2023 |
| | ***Generational Guns Videos and Stills*** | | | | | | | | |
| **108** | **Generational Guns video, 8/20/2022, 14:41:20 to 15:08:12** | X | X | | X | | | | 10/03/2023 |
| **108A** | **Still Frame from GX108 at 14:49:39** | X | X | | X | | | | 10/03/2023 |
| **108B** | **Still Frame from GX108 at 14:56:57** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 108C | **Still Frame from GX108 at 14:59:03** | X | X | | X | | | | 10/03/2023 |
| 109 | **Generational Guns video, 8/21/2022, 12:44:19 to 13:09:04** | X | X | | X | | | | 10/03/2023 |
| 109A | **Still Frame from GX109 at 12:44:50** | X | X | | X | | | | 10/03/2023 |
| 109B | **Still Frame from GX109 at 12:46:59** | X | X | | X | | | | 10/03/2023 |
| 110 | **Generational Guns video, 8/25/2022, 18:55:06 to 18:59:26** | X | X | | X | | | | 10/03/2023 |
| 110A | **Still Frame from GX110 at 18:58:01** | X | X | | X | | | | 10/03/2023 |
| 110B | **Still Frame from GX110 at 18:58:43** | X | X | | X | | | | 10/03/2023 |
| 110C | **Still Frame from Exterior Camera on 8/25/2022 at 19:00** | X | X | | X | | | | 10/03/2023 |
| 111 | **Generational Guns video, 8/28/2022, 14:08:00 to 14:26:46** | X | X | | X | | | | 10/03/2023 |
| 111A | **Still Frame from GX111 at 14:20:04** | X | X | | X | | | | 10/03/2023 |
| 111B | **Still Frame from GX111 at 14:23:21** | X | X | | X | | | | 10/03/2023 |
| | | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | *Social Media* | | | | | | | | |
| 200 | **Snapchat subscriber data "goo6lueheart"** | X | X | | X | | | | 10/02/2023 |
| 201 | **Snapchat video dated 6-21-22** | X | X | | X | | | | 10/02/2023 |
| 202 | **Snapchat video dated 6-23-22** | X | X | | X | | | | 10/02/2023 |
| 203 | **Snapchat video dated 11-2-22** | X | X | | X | | | | 10/02/2023 |
| 203A | **Still frame at 00:31 of GX202** | X | X | | X | | | | 10/02/2023 |
| 204 | **Facebook subscriber data "jiucz.goo"** | X | X | | X | | | | 10/02/2023 |
| 204A | **Facebook subscriber date of birth "jiucz.goo"** | X | X | | X | | | | 10/02/2023 |
| 205 | **Facebook search history 5/14/2022** | X | X | | X | | | | 10/02/2023 |
| 206 | **Facebook search history 6/18/2022** | X | X | | X | | | | 10/02/2023 |
| 207 | **Facebook account records page 532** | X | X | | X | | | | 10/02/2023 |
| 208 | **Facebook account records page 708** | X | X | X | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| **209** | **Facebook account records page 1595** | X | X | X | X | | | | 10/02/2023 |
| **210** | **Facebook account records page 78** | X | X | | X | | | | 10/02/2023 |
| **211** | **Facebook account records page 77** | X | X | | X | | | | 10/02/2023 |
| **212** | **Facebook video posted 2/2/2022** | X | X | X | X | | | | 10/02/2023 |
| **212A** | **Facebook account records page 7426, GX212 video upload data** | X | X | X | X | | | | 10/02/2023 |
| **213** | **Facebook video posted 1/30/22** | X | X | | X | | | | 10/02/2023 |
| **213A** | **Facebook account records page 7427, GX213 video upload data** | X | X | | X | | | | 10/02/2023 |
| **214** | **Facebook video posted 2/7/2022** | X | X | | X | | | | 10/02/2023 |
| **214A** | **Facebook account records page 7425, GX214 video upload data** | X | X | | X | | | | 10/02/2023 |
| **215** | **Facebook video posted 7/15/2022** | X | X | X | X | | | | 10/02/2023 |
| **216** | **Facebook video posted 7/25/2022** | X | X | | X | | | | 10/02/2023 |
| **216A** | **Facebook account records, page 1594, GX215, GX216 upload data** | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **217** | **Facebook video sent 4/2/2022** | X | X | | X | | | | 10/02/2023 |
| **217A** | **Facebook account records, pages 1847-1867, GX217 data and preceding messages** | X | X | | X | | | | 10/02/2023 |
| **218** | **Facebook video sent 10/17/2022** | X | X | | X | | | | 10/02/2023 |
| **218A** | **Facebook account records, page 7417, GX218 upload data** | X | X | | X | | | | 10/02/2023 |
| **219** | **Facebook video uploaded 10/29/2022** | X | X | X | X | | | | 10/02/2023 |
| **219A** | **Facebook account records, page 1590, GX219 upload data** | X | X | X | X | | | | 10/02/2023 |
| **220** | **Facebook account records, pages 1583-1584** | X | X | X | X | | | | 10/02/2023 |
| **221** | **Facebook video uploaded 2/13/22** | X | X | X | X | | | | 10/02/2023 |
| **221A** | **Facebook account records, page 7425, GX221 upload data** | X | X | X | X | | | | 10/02/2023 |
| **222** | **Facebook video uploaded 1/10/22** | X | X | X | X | | | | 10/02/2023 |
| **222A** | **Facebook account records, page 7427, GX222A upload data** | X | X | X | X | | | | 10/02/2023 |
| **223** | **Facebook video uploaded 3/28/22** | X | X | X | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 223A | **Facebook account records, page 7423, GX223 upload data** | X | X | X | X | | | | 10/02/2023 |
| 224 | **Facebook video uploaded 4/26/22** | X | X | X | X | | | | 10/02/2023 |
| 224A | **Facebook account records, page 7422-7423, GX224 upload data** | X | X | X | X | | | | 10/02/2023 |
| 225 | **Facebook video uploaded 10/3/22** | X | X | X | X | | | | 10/02/2023 |
| 225A | **Facebook account records, page 7419, GX225 upload data** | X | X | X | X | | | | 10/02/2023 |
| 226 | **Facebook account records, pages 3938-3966** | X | X | | X | | | | 10/02/2023 |
| 226A | **Photo from GX226** | X | X | | X | | | | 10/02/2023 |
| 226B | **Photo from GX226** | X | X | | X | | | | 10/02/2023 |
| 226C | **Photo from GX226** | X | X | | X | | | | 10/02/2023 |
| 227 | **Messages from GX226** | X | X | | X | | | | 10/02/2023 |
| 228 | **Facebook account records, pages 8709-8717** | X | X | | X | | | | 10/02/2023 |
| 228A | **Photo from GX228** | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| **228B** | **Photo from GX228** | X | X | | X | | | | 10/02/2023 |
| **228C** | **Photo from GX228** | X | X | | X | | | | 10/02/2023 |
| **228D** | **Photo from GX228** | X | X | | X | | | | 10/02/2023 |
| **229** | **Messages from GX228, Summary Exhibit** | X | X | | X | | | | 10/02/2023 |
| | ***Photographs*** | | | | | | | | |
| **300** | **Clubhouse exterior looking west** | X | X | | X | | | | 10/03/2023 |
| **301** | **Clubhouse exterior looking east/southeast** | X | X | | X | | | | 10/03/2023 |
| **302** | **Clubhouse exterior looking west, wide view** | X | X | | X | | | | 10/03/2023 |
| **303** | **Cement steps into parking lot looking north** | X | X | | X | | | | 10/03/2023 |
| **304** | **Clubhouse from cement steps** | X | X | | X | | | | 10/03/2023 |
| **305** | **Rear of apartment building, looking east** | X | X | | X | | | | 10/03/2023 |
| **306** | **Parking lot of apartment complex, looking north** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| 307 | **Clubhouse exterior looking southeast** | X | X | | X | | | | 10/03/2023 |
| 308 | **Clubhouse exterior, looking east** | X | X | | X | | | | 10/03/2023 |
| 309 | **Apartment complex parking lot, looking east** | X | X | | X | | | | 10/03/2023 |
| 310 | **Apartment complex parking lot, maroon SUV** | X | X | | X | | | | 10/03/2023 |
| 311 | **Clubhouse patio** | X | X | | X | | | | 10/03/2023 |
| 312 | **Clubhouse patio, looking northeast** | X | X | | X | | | | 10/03/2023 |
| 313 | **Clubhouse patio, looking northwest** | X | X | | X | | | | 10/03/2023 |
| 314 | **Apartment complex parking lot, wide view of casings** | X | X | | X | | | | 10/03/2023 |
| 315 | **Wide view of yellow placards 27-31** | X | X | | X | | | | 10/03/2023 |
| 316 | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 27)** | X | X | | X | | | | 10/03/2023 |
| 317 | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 28)** | X | X | | X | | | | 10/03/2023 |
| | | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **318** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 29)** | X | X | | X | | | | 10/03/2023 |
| **319** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 30)** | X | X | | X | | | | 10/03/2023 |
| **320** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 31)** | X | X | | X | | | | 10/03/2023 |
| **321** | **Wide view placards 32- 35** | X | X | | X | | | | 10/03/2023 |
| **322** | **Wide view placards 32-35** | X | X | | X | | | | 10/03/2023 |
| **323** | **Close up of yellow placards 32-35** | X | X | | X | | | | 10/03/2023 |
| **324** | **Close up of yellow placards 32-35** | X | X | | X | | | | 10/03/2023 |
| **325** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 32)** | X | X | | X | | | | 10/03/2023 |
| **326** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 33)** | X | X | | X | | | | 10/03/2023 |
| **327** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 34)** | X | X | | X | | | | 10/03/2023 |
| **328** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 35)** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| **329** | **Wide view of yellow placards 36-51** | X | X | | X | | | | 10/03/2023 |
| **330** | **Wide view of yellow placards 36-51** | X | X | | X | | | | 10/03/2023 |
| **331** | **Wide view of yellow placards 36, 38-51** | X | X | | X | | | | 10/03/2023 |
| **332** | **Wide view of yellow placards 36-51, looking west** | X | X | | X | | | | 10/03/2023 |
| **333** | **Wide view of yellow placards 36-51 from clubhouse patio** | X | X | | X | | | | 10/03/2023 |
| **334** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 36)** | X | X | | X | | | | 10/03/2023 |
| **335** | **Close up of Federal nine-millimeter Luger ammunition cartridge case (yellow placard 37)** | X | X | | X | | | | 10/03/2023 |
| **336** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 38)** | X | X | | X | | | | 10/03/2023 |
| **337** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 39)** | X | X | | X | | | | 10/03/2023 |
| **338** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 41)** | X | X | | X | | | | 10/03/2023 |
| **339** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 42)** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **340** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 43)** | X | X | | X | | | | 10/03/2023 |
| **341** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 44)** | X | X | | X | | | | 10/03/2023 |
| **342** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 45)** | X | X | | X | | | | 10/03/2023 |
| **343** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 46)** | X | X | | X | | | | 10/03/2023 |
| **344** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 47)** | X | X | | X | | | | 10/03/2023 |
| **345** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 48)** | X | X | | X | | | | 10/03/2023 |
| **346** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 49)** | X | X | | X | | | | 10/03/2023 |
| **347** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 50)** | X | X | | X | | | | 10/03/2023 |
| **348** | **Close up of Winchester-Olin nine-millimeter Luger ammunition cartridge case (yellow placard 51)** | X | X | | X | | | | 10/03/2023 |
| **349** | **Front exterior 2057 Lyon Street, Des Moines** | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| 350 | **Dontavius Sharkey outside 2057 Lyon Street** | X | X | | X | | | | 10/02/2023 |
| 351 | **Bedroom, 2057 Lyon Street, wide view** | X | X | | X | | | | 10/02/2023 |
| 351A | **Bedroom, mirror at bedside, wide view** | X | X | | X | | | | 10/02/2023 |
| 351B | **Identification of Sharkey in mirror** | X | X | | X | | | | 10/02/2023 |
| 351C | **Business card of USPO Baska in mirror** | X | X | | X | | | | 10/02/2023 |
| 352 | **iPhone on bed, 2057 Lyon Street** | X | X | | X | | | | 10/02/2023 |
| 353 | **TV stand, bedroom, 2057 Lyon Street, wide view** | X | X | | X | | | | 10/02/2023 |
| 354 | **Adidas fanny pack on TV stand, 2057 Lyon Street** | X | X | | X | | | | 10/02/2023 |
| 355 | **Magazines and ammunition inside Adidas fanny pack** | X | X | | X | | | | 10/02/2023 |
| 356 | **Front of Adidas fanny pack** | X | X | | X | | | | 10/02/2023 |
| 357 | **Backyard, 2057 Lyon Street, wide view** | X | X | | X | | | | 10/02/2023 |
| 357A | **Backyard, 2057 Lyon Street, back fence** | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 357B | **Backyard, 2057 Lyon Street, wide view from fence** | X | X | | X | | | | 10/02/2023 |
| 358 | **Backyard, 2057 Lyon Street, shed** | X | X | | X | | | | 10/02/2023 |
| 359 | **Firearm in backyard of 2057 Lyon Street, wide view** | X | X | | X | | | | 10/02/2023 |
| 360 | **Firearm in backyard of 2057 Lyon Street, close up** | X | X | | X | | | | 10/02/2023 |
| 361 | **Firearm in backyard of 2057 Lyon Street, bottom, magazine removed** | X | X | | X | | | | 10/02/2023 |
| 362 | **Firearm in backyard of 2057 Lyon Street, right side** | X | X | | X | | | | 10/02/2023 |
| 363 | **Firearm in backyard of 2057 Lyon Street, left side** | X | X | | X | | | | 10/02/2023 |
| 364 | **Sharkey tattoos, full body front** | X | X | | X | | | | 10/03/2023 |
| 365 | **Sharkey tattoos, face** | X | X | | X | | | | 10/03/2023 |
| 366 | **Sharkey tattoos, front neck, face, arms** | X | X | | X | | | | 10/03/2023 |
| 367 | **Sharkey tattoos, right side** | X | X | | X | | | | 10/03/2023 |
| 368 | **Sharkey tattoos, back right arm** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| 369 | **Sharkey tattoos, right hand** | X | X | | X | | | | 10/03/2023 |
| 370 | **Sharkey tattoos, left arm** | X | X | | X | | | | 10/03/2023 |
| 371 | **Sharkey tattoos, back** | X | X | | X | | | | 10/03/2023 |
| 372 | **Sharkey tattoos, back of neck** | X | X | | X | | | | 10/03/2023 |
| 373 | **Sharkey tattoos, neck and shoulders** | X | X | | X | | | | 10/03/2023 |
| 374 | **Sharkey tattoos, right leg** | X | X | | X | | | | 10/03/2023 |
| 375 | **Sharkey tattoos, right shin** | X | X | | X | | | | 10/03/2023 |
| 376A | **Photo of Glock, model 26, 9mm pistol, with serial number AEUD879,** | X | X | | X | | | | 10/03/2023 |
| 376B | **Photo of Glock, model 26, 9mm pistol, with serial number AEUD879, front side** | X | X | | X | | | | 10/03/2023 |
| 377 | **[intentionally left blank]** | | | | | | | | |
| 378 | **Jaylyn Singleton** | X | X | | X | | | | 10/03/2023 |
| 379 | **Ge'Auvieon Crayton** | X | X | | X | | | | 10/03/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **380** | **Otis Crayton** | X | X | | X | | | | 10/03/2023 |
| **381** | **Hakeem Dewitt** | X | X | | X | | | | 10/03/2023 |
| **382** | **DeMarionna Hayes** | X | X | | X | | | | 10/03/2023 |
| **383** | **R'Ziah Logan** | X | X | | X | | | | 10/03/2023 |
| **384** | **Dontavius Sharkey** | X | X | | X | | | | 10/02/2023 |
| | ***Maps, Documents, 911 Calls, Body Camera*** | | | | | | | | |
| **400** | **Map of Four Seasons Apartments (wide view)** | X | X | | X | | | | 10/03/2023 |
| **401** | **Map of Four Seasons Apartments and surrounding area** | X | X | | X | | | | 10/03/2023 |
| **402** | **Map Four Seasons Apartments (close up)** | X | X | | X | | | | 10/03/2023 |
| **403** | **ATF Form 4473, 7/26/22, Glock 10mm pistol with serial number BWBX921, JT Guns [filed under seal]** | X | X | | X | | | | 10/03/2023 |
| **404** | **ATF Form 4473, 8/3/22, Glock 9mm pistols with serial numbers BUVR572 and BWVM330, Rangemasters [filed under seal]** | X | X | | X | | | | 10/03/2023 |
| | | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| 405 | ATF Form 4473, 8/15/22, Glock 10mm pistol with serial number BXDX854, Scheels [filed under seal] | X | X | | X | | | | 10/03/2023 |
| 405A | Register receipt, Scheels, 8/15/22 | X | X | | X | | | | 10/03/2023 |
| 406 | DMPD Officer Stone, body camera footage from June 18, 2022, 00:00 to 09:30 mark muted | X | X | X | X | | | | 10/03/2023 |
| 407 | Machinegun and serial number examination photos | X | X | | X | | | | 10/02/2023 |
| 408 | Map of 2057 Lyon Street, Des Moines | X | X | | X | | | | 10/02/2023 |
| | *Cellular telephone records* | | | | | | | | |
| 500 | Call detail records for (515) 393-8477 | X | X | | X | | | | 10/03/2023 |
| 501 | Text detail records for (515) 393-8477 | X | X | | X | | | | 10/03/2023 |
| 502 | Mapping of cell site location and call detail records for (515) 393-8477 | X | X | | X | | | | 10/04/2023 |
| 503 | Calls and texts from GX 500 and 501 on June 18, 2022, between 2:03 p.m. and 10:43 p.m., summary exhibit | X | X | | X | | | | 10/03/2023 |
| 504 | Video from Sharkey phone dated 1/16/22 | X | X | | X | | | | 10/02/2023 |
| 505 | Video from Sharkey phone dated 3/27/22 | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **506** | **Video from Sharkey phone dated 5/18/22** | X | X | | X | | | | 10/02/2023 |
| **507** | **Video from Sharkey phone dated 6/11/22** | X | X | | X | | | | 10/02/2023 |
| **508** | **Video from Sharkey phone dated 6/23/22** | X | X | | X | | | | 10/02/2023 |
| **509** | **Video from Sharkey phone dated 7/11/22** | X | X | X | X | | | | 10/02/2023 |
| **510** | **Video from Sharkey phone dated 7/21/22** | X | X | X | X | | | | 10/02/2023 |
| **511** | **Video from Sharkey phone dated 7/26/22** | X | X | X | X | | | | 10/02/2023 |
| **512** | **Video from Sharkey phone dated 7/26/22** | X | X | X | X | | | | 10/02/2023 |
| **513** | **Video from Sharkey phone dated 7/27/22** | X | X | X | X | | | | 10/02/2023 |
| **514** | **Video from Sharkey phone dated 7/31/22** | X | X | X | X | | | | 10/02/2023 |
| **515** | **Video from Sharkey phone dated 7/31/22** | X | X | X | X | | | | 10/02/2023 |
| **516** | **Video from Sharkey phone dated 8/14/22** | X | X | X | X | | | | 10/02/2023 |
| **517** | **Video from Sharkey phone dated 8/23/22** | X | X | X | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|-----|-------------|---|---|-----|---|-----|----|----|------|
| **518** | **Video from Sharkey phone dated 8/23/22** | X | X | X | X | | | | 10/02/2023 |
| **519** | **Video from Sharkey phone dated 8/28/22** | X | X | X | X | | | | 10/02/2023 |
| **520** | **Video from Sharkey phone dated 9/4/22** | X | X | X | X | | | | 10/02/2023 |
| **521** | **Video from Sharkey phone dated 10/21/22** | X | X | | X | | | | 10/02/2023 |
| **522** | **Video from Sharkey phone dated 11/1/22** | X | X | | X | | | | 10/02/2023 |
| **523** | **Google searches from 10/7/22, 10/8/22, and 10/9/22** | X | X | | X | | | | 10/02/2023 |
| **524** | **Video from Sharkey phone dated 3/22/22** | X | X | | X | | | | 10/02/2023 |
| **525** | **Video from Sharkey phone dated 3/27/22** | X | X | | X | | | | 10/02/2023 |
| **526** | **Video from Sharkey phone dated 3/30/22** | X | X | | X | | | | 10/02/2023 |
| **527** | **Video from Sharkey phone dated 6/19/22** | X | X | | X | | | | 10/02/2023 |
| **528** | **Google searches from 10/25/22** | X | X | X | X | | | | 10/02/2023 |
| | | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | *Jail Calls, iWeb visits* | | | | | | | | |
| 600A | **Video visit, 11/10/22, Sharkey and Lacava, 1:30 to 2:12 mark** | X | X | | X | | | | 10/04/2023 |
| 600B | **Video visit, 11/10/22, Sharkey and Lacava, 6:36 to 8:37 mark** | X | X | | X | | | | 10/04/2023 |
| 601A | **Phone call, 2/21/23, Sharkey and Foster, 7:10 to 8:40 mark** | X | X | | X | | | | 10/04/2023 |
| 601B | **Phone call, 2/21/23, Sharkey and Foster, 15:08 to 15:47 mark** | X | X | | X | | | | 10/04/2023 |
| | *Fed. R. Crim. P. 404(b)* | | | | | | | | |
| 700 | **Certified judgment for Dontavius Sharkey in United States District Court for the Southern District of Iowa case number 4:16-cr-100** | X | X | | X | | | | 10/04/2023 |
| 701 | **Certified Records for Dontavius Sharkey in Iowa District Court for Polk County case number FECR261761** | X | X | | X | | | | 10/04/2023 |
| | *Other* | | | | | | | | |
| 800 | **iPhone contact for "Client – Dontavius Sharkey" with number (515) 393-8447** | X | X | | X | | | | 10/02/2023 |
| 801 | **Stipulation – re knowledge of prior conviction of crime punishable by a term in prison exceeding one year** | X | X | | X | | | | 10/02/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| **802** | **Generational Guns receipts on 8/20, 8/21, 8/25, and 8/28/2022** | X | X | | X | | | | 10/03/2023 |
| **803** | **Plea Agreement, marked for identification purposes only and not admission** | | | | | | | | |
| **804** | **Sealed Cooperation Agreement, marked for identification purposes only and not admission** | | | | | | | | |
| **805** | **DCI Examination - Photos of Ammunition under Microscope** | X | X | | X | | | | 10/04/2023 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PT = Admitted by pretrial order

# DEFENDANT'S EXHIBITS

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| A | Walls with Glock 9 mm w Ext Clip.mp4 | | | | | | | | |
| B | Walls Holding More than 1 Glock.pdf | | | | | | | | |
| C | Walls with mask and 9mm.mp4 | | | | | | | | |
| D | Walls Holding 2 Glocks.pdf | | | | | | | | |
| E | Walls with Glock 9 mm with mask.mp4 | | | | | | | | |
| F | Side Camera View Sharkey's Home 8.10.22.mp4 | | | | | | | | |
| G | Terrance Bush in Plain Yellow Shorts 5.9.22.mp4 | X | X | | X | | | | 10/03/2023 |
| H | Terrance Bush in Yellow Shorts with Design 7.12.22.mp4 | X | X | | X | | | | 10/03/2023 |
| I | Terrance Bush Wearing Yellow Shorts with Design 7.12.22.mp4 | X | X | | X | | | | 10/03/2023 |
| J | 6.23.22 Sharkey Workout Video in Yellow Shorts.mp4 | | | | | | | | |
| K | Still Photo of Shooter.pdf | | | | | | | | |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order

| No. | Description | I | O | Obj | R | RSO | OS | P | DATE |
|---|---|---|---|---|---|---|---|---|---|
| L | Marissa Facebook Profile Screen.pdf | X | X | | X | | | | 10/03/2023 |
| M | Marissa Safe.pdf | X | X | | X | | | | 10/03/2023 |
| N | Marissa Safe Open.pdf | X | X | | X | | | | 10/03/2023 |
| O | .22 Cal 1BH516722 purchased 3.18.22.pdf | X | X | | X | | | | 10/03/2023 |
| P | SW 9mm FEB2980 purchased 12.14.22.pdf | X | X | | X | | | | 10/03/2023 |
| Q | Keano Brown 11.2.22.pdf | X | X | | X | | | | 10/02/2023 |
| R | Sharkey wearing yellow shorts 6.23.2022.mp4 | | | | | | | | |
| S | Boarding Pass Tyran Locure.pdf | X | X | | X | | | | 10/02/2023 |
| T | Locure luggage with 9mm Luger casing.pdf | X | X | | X | | | | 10/02/2023 |
| U | Bottom of 9mm Luger casing from Locure luggage.pdf | X | X | | X | | | | 10/02/2023 |
| V | Close up of Locure 9mm Luger casing.pdf | X | X | | X | | | | 10/02/2023 |
| X | Terrance Bush FB Profile Snapshot | X | X | | X | | | | 10/04/2023 |
| Y | Terrance Bush FB Cover Photo | X | X | | X | | | | 10/04/2023 |
| Z | Terrance Bush FB Photo | X | X | | X | | | | 10/04/2023 |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection;
OS = Objection sustained; PT = Admitted by pretrial order