IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| v. | ) Case No. 4:22-CR-176 <br> ) |
| DONTAVIUS RASHAUN SHARKEY, <br> also known as, Dontavius Rashawn Sharkey, <br> also known as, Dontavius Rashown Sharkey, | ) <br> ) GOVERNMENT TRIAL EXHIBITS <br> ) <br> ) |
| Defendant. | ) <br> ) |

Pursuant to Local Criminal Rule 57B, the United States respectfully files its trial exhibits that were admitted to the District Court in the above-referenced case.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By:   /s/ Kristin M. Herrera
Kristin M. Herrera
Adam J. Kerndt
Assistant United States Attorneys
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  Kristin.Herrera@usdoj.gov
            Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:
    U.S. Mail       Fax     Hand Delivery

 X   ECF/Electronic filing    X  Other means (Email)

UNITED STATES ATTORNEY
By: /s/ Madison Lancaster, Paralegal Specialist