# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: 2/14/24    Case No: 4:22-CR-176

Case Caption: United States vs. Dontavius Sharkey

Notice is hereby given that Dontavius Sharkey appeals to the:

☒ US Court of Appeals for the Eighth Circuit    ☐ IASD District Court Judge

from the Judgment/Order entered in this action on 2/7/24.

## Transcript Order Form:

Please prepare a transcript of:

☐ Plea Hearing    ☒ Sentencing    ☐ Trial

☐ Other Hearing(s) on _____

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: [signature]    Date: 2/14/24

Address: 2213 Grand Ave., Des Moines, IA 50312

Phone Number: 515-381-0168

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: __United States__ vs. __Dontavius Sharkey__

District Court Case Number: __4:22-CR-176__

Appeal Fee (505.00) Status: Pd ___ IFP _X_ Pending ___ Government Appeal ___

Counsel: Appointed ___ CJA _X_ Retained ___ Pro Se ___ Pro Bono ___ FPD ___

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel _X_ Pro Se ___

Any reason why counsel should not be appointed: __No__

Certificate of Appealability: Denied ___ Granted ___ Not Issue _X_

Pending post Judgment motions: Yes ___ No _X_

If so, type of motion(s) and docket entry number:

_____

High Public Interest Case: Yes ___ No _X_

Simultaneous Opinion release Requested: Yes ___ No _X_

Trial Held: Bench ___ Jury _X_ No ___

Court Reporter: Yes _X_ No ___

Reporter's Name: __Kelli Mulcahy__

Appealing: Order prior to final judgment ___ or final judgment _X_

***File this form with the Notice of Appeal***